**Dismissed and Memorandum Opinion filed November 14, 2024**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00463-CV

**JANET LYNN LANCELIN, Appellant**

**V.**

**ALLEN PATRICK LANCELIN, Appellee**

**On Appeal from the 461st District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 118371-F**

## MEMORANDUM OPINION

This appeal is from a final decree of divorce signed April 11, 2024. The clerk's record was filed July 30, 2024. The court reporter informed this court that appellant has not requested or paid for the reporter's record. On August 21, 2024, we notified appellant that unless appellant paid or made arrangements for the reporter's record within 15 days, this court would consider and decide those issues or points that do not require a reporter's record. Appellant did not respond.

On September 11, 2024, we issued an order stating that unless appellant

filed a brief within 30 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.